# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-CR-247-GKF |
| WILLKIE BILL BURTRUM, | |
| Defendant. | |

## **FINDINGS OF FACT**

Pursuant to Federal Rule of Criminal Procedure 23(a), the court states its specific findings of fact as follows: As to Count One of the Indictment, the court finds the government has proved the following facts beyond a reasonable doubt. First, the defendant knowingly engaged in a sexual act with C.C. from in or about August 2018 to in or about October 2019. In this case, the term "sexual act" means the intentional touching, not through the clothing, of the genitalia of C.C. with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of the defendant. Second, at the time, C.C. was under the age of twelve years. Third, the offense was committed in what is known as the "shed" located at 62651 East 60 Road in Quapaw, Oklahoma, within the Northern District of Oklahoma. As stipulated in the court's Exhibit 3, that land is located within Indian Country as defined in 18 U.S.C. § 1151. Fourth, the defendant is a member of the Quapaw Nation. He is therefore an "Indian" as the term is used in 18 U.S.C. § 1153(a), as reflected in the stipulation admitted as the Court's Exhibit 1. Accordingly, the court finds the defendant guilty of Aggravated Sexual Abuse with a Child, in violation of 18 U.S.C. § 2241(c), as charged in Count One of the Indictment.

As to Count Two of the Indictment, the court finds the government has proved the following facts beyond a reasonable doubt. First, the defendant knowingly engaged in sexual

contact with C.C. from in or about August 2018 to in or about October 2019. In this case, the term "sexual contact" means the intentional touching, through the clothing, of the genitalia of C.C. with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of the defendant. Second, at the time, C.C. was under the age of twelve years. Third, the offense was committed in the defendant's home located at 62651 East 60 Road in Quapaw, Oklahoma, within the Northern District of Oklahoma. Fourth, the defendant is a member of the Quapaw Nation. He is therefore an "Indian" as the term is used in 18 U.S.C. § 1153(a), as reflected in the stipulation admitted as the Court's Exhibit 1. Accordingly, the court finds the defendant guilty of Abusive Sexual Contact, in violation of 18 U.S.C. § 2244, as charged in Count Two of the Indictment.

DATED this 16th of March, 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE